Dismissed and Memorandum Opinion filed November 6, 2003









Dismissed and Memorandum Opinion filed November 6,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00989-CV

____________

 

ABRAHAM & COMPANY,
Appellant

 

V.

 

NIGHTHAWK AERIAL ADVERTISING, INC., Appellee

 



 

On Appeal from the County Civil
Court at Law No. 2

Harris County, Texas

Trial Court Cause No. 791,387

 



 

M E M O R A N D U M  
O P I N I O N

This is an appeal from a judgment signed August 1, 2003.

On October 29, 2003, appellant filed an unopposed motion to
dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed November 6, 2003.

Panel consists of Justices Yates,
Hudson, and Fowler.